No. 86–5971.   HINES v. REDMAN, WARDEN.   C. A. 6th Cir.
Certiorari denied.

No. 86–5972.   PATTERSON v. BRADY.   C. A. 4th Cir.   Certiorari denied.

No. 86–5973.   SELLNER v. PANAGOULIS ET AL.   C. A. 4th Cir.
Certiorari denied.

No. 86–5975.   MOORE v. THIERET, WARDEN.   C. A. 7th Cir.
Certiorari denied.

No. 86–5980.   CREEL v. ALABAMA ET AL.   C. A. 11th Cir.
Certiorari denied.

No. 86–5981.   FRITTS v. FEDERAL CORRECTIONAL INSTITUTE,
LA TUNA, TEXAS-NEW MEXICO.   C. A. 7th Cir.   Certiorari
denied.

No. 86–5995.   GREEN v. EDWARD J. BETTINGER CO.   C. A. 3d
Cir.   Certiorari denied.

No. 86–6002.   PATEL v. UNITED STATES.   C. A. 9th Cir.
Certiorari denied.

No. 86–6004.   SABATKA v. CITY OF CHICAGO ET AL.   C. A. 7th
Cir.   Certiorari denied.

No. 86–6005.   PROCUP v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   Sup. Ct. Fla.   Certiorari denied.

No. 86–6012.   LEAVITT v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 86–6021.   HYLAND v. UNITED STATES.   C. A. 11th Cir.
Certiorari denied.

No. 86–6024.   ROSBERG v. NEBRASKA.   Sup. Ct. Neb.   Certiorari denied.

No. 86–6029.   ROONEY v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 86–6037.   SELLNER v. PANAGOULIS ET AL.   C. A. 4th Cir.
Certiorari denied.

No. 86–6040.   ANDERSSON v. UNITED STATES.   C. A. 7th Cir.
Certiorari denied.